UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 26-5104-GW-DTBx | Date | October 22, 2026 |
| Title | *Barrett Hinsvark v. Johnnie Crean, et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Lesbith Castillo | Araceli Prado | |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Alexander L. Conti | Madison S. Spach , Jr. |

**PROCEEDINGS:** **PLAINTIFF BARRETT HINSVARK'S MOTION TO REMAND ACTION TO STATE COURT [13]**

**DEFENDANT JOHNNIE CREAN'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P. 12(b)(2), OR IN THE ALTERNATIVE, FOR FORUM NON CONVENIENS [16]**

The case is called and counsel state their appearances. The Court issued its Tentative Ruling on the above-entitled Motions [13, 16] on October 20, 2026 [23]. Court and counsel confer.

For reasons stated on the record, Plaintiff's motion to remand action to state court is GRANTED.

: 07

Initials of Preparer lca